In the Matter of NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant, against WILLIAM G. FULLEN et al., Constituting the Transit Commission of the State of New York, Respondents.

(Submitted October 19, 1931; decided October 23, 1931.)

*Edward M. Deegan, Joseph A. Devery* and *Harry Lesser* for motions.

*Madison G. Gonterman* opposed.

Motions granted and appeal dismissed, with costs and ten dollars costs of motions.

SALLIE V. KILROY, Respondent, *v.* UNITED STATES FIRE INSURANCE COMPANY OF NEW YORK, Appellant.

(Submitted October 19, 1931; decided October 23, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 257 N. Y. 520.)